Docket as of September 9, 2004 9:09 pm                    Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

## CIVIL DOCKET FOR CASE #: 04-CV-1712

### White v. Pfizer Inc

04cv12281
PBS

Filed: 06/18/04
Assigned to: Judge Peter Beer
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Product Liability

---

PATRICIA ANN WHITE,
individually and on behalf of
others similarly situated
    plaintiff

Daniel E. Becnel, Jr.
985-536-6445 FAX
[COR LD NTC]
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186

v.

PFIZER INC, individually and
as successor in interest to
PARKE-DAVIS and WARNER LAMBERT
    defendant

Henri Wolbrette, III
504-596-2800 FAX
[COR LD NTC]
Kathleen Ann Manning
504-596-2800 FAX
[COR]
Mindy Brickman Patron
504-586-2800 FAX
[COR]
McGlinchey Stafford, PLLC
643 Magazine St.
New Orleans, LA 70130-3477
504-586-1200

---

## DOCKET PROCEEDINGS

DATE    #   IMG           DOCKET   ENTRY

| | | |
|---|---|---|
| 6/18/04 | 1 | COMPLAINT; 1 summons(es) issued (ca) [Entry date 06/21/04] |
| 6/18/04 | -- | Payment of filing fee by plaintiff Patricia Ann White in amount of $ 150.00 (ca) [Entry date 06/21/04] |
| 6/24/04 | 2 | Notice by plaintiff Patricia Ann White that this case is related to MDL 1629 (sek) [Entry date 06/24/04] |
| 7/14/04 | 3 | PLAINTIFF'S AMENDED complaint [1-1]; no new parties added; 1 summons issued (sek) [Entry date 07/15/04] |
| 7/21/04 | 6 | Motion by defendant Pfizer Inc and ORDER extending time to answer pla's complaint an addl 20 days, by Judge Peter Beer Date Signed: 7/26/04 (sek) [Entry date 07/27/04] |
| 7/26/04 | 4 | RETURN OF SERVICE of summons and 1st amd complaint upon defendant Pfizer Inc on 7/22/04 (sek) [Entry date 07/26/04] [Edit date 07/26/04] |
| 7/26/04 | 5 | RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 7/22/04 (sek) [Entry date 07/26/04] |
| 8/16/04 | 7 | Notice by MDL Panel of hrg set for 9/30/04 re motions for centralization of certain actions (sek) [Entry date 08/19/04] |
| 8/23/04 | 8 | Motion by plaintiff Patricia Ann White for class certification pursuant to FRCP 23 and ORDER REFUSED by Judge Peter Beer Date Signed: 8/25/04 (ca) [Entry date 08/27/04] |

Case Flags:
MAG-3

END OF DOCKET: 2:04cv1712

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/27/2004 13:30:10 | | |
| **PACER Login:** us2510 | **Client Code:** | |
| **Description:** docket report | **Search Criteria:** | 2:04cv01712 |

| Billable Pages: | 2 | Cost: | 0.14 |