# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

November 8, 2004

Mr. Tony Anastas  
Clerk, United States District Court  
Massachusetts  
United States Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210

            Re:    Multidistrict Litigation No. 1629  
                     White, et al  
                        vs.  
                     Pfizer, Inc.  
                     Civil Action No. 04-1712, M (3)  
                     Your Case No. C.A. 1:04cv12281 PBS

Dear Mr. Tony Anastas:

    Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter.

                                          Very truly yours,

                                          LORETTA G. WHYTE, CLERK

                                          By _____  
                                              Deputy Clerk

Enclosures